IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **FERRER & POIROT GP; FERRER & POIROT PC d/b/a FERRER, POIROT, WANSBROUGH, FELLER, DANIEL, ABNEY; and 2603 OAK LAWN LP,** § § § § § § § Plaintiffs, § § v. § § **THE CINCINNATI INSURANCE COMPANY,** § § § Defendant. § | Civil Action No. **3:20-CV-3286-L-BK** |

## JUDGMENT

This judgment is issued pursuant to the court's order, dated September 16, 2021. It is, therefore, **ordered, adjudged, and decreed** that this action by Ferrer & Poirot GP; Ferrer & Poirot PC d/b/a Ferrer, Poirot, Wansbrough, Feller, Daniel, Abney; and 2603 Oak Lawn LP ("Plaintiffs") against The Cincinnati Insurance Company ("Defendant") is **dismissed with prejudice**; that Plaintiffs take nothing; that all allowable and reasonable costs are taxed against Plaintiffs; and that all relief not expressly granted herein is **denied**.

**Signed** this 16th day of September, 2021.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Judgment - Solo Page**