IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS,
DALLAS DIVISION

| | |
|---|---|
| FERRER & POIROT GP § | |
| FERRER & POIROT PC DBA § | Case No. 3:20-cv-03286-L |
| FERRER, POIROT, WANSBROUGH, § | |
| FELLER, DANIEL, ABNEY and § | |
| 2603 OAK LAWN LP, § | |
|     Plaintiffs § | |
| v. § | |
| § | |
| THE CINCINNATI INSURANCE COMPANY, § | |
|     Defendant § | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, FERRER & POIROT GP, FERRER & POIROT PC DBA FERRER, POIROT, WANSBROUGH, FELLER DANIEL, ABNEY and 2603 OAK LAWN LP, hereby appeal to the United States Court of Appeals for the Fifth Circuit, from the Final Judgment (Doc. 32), and Order granting Defendants' Motion to Dismiss (Doc. 31) (accepting the Magistrate's Findings, Conclusions and Recommendation - Doc. 30), both entered in this action on September 16, 2021.

Respectfully submitted,

FERRER, POIROT, & WANSBROUGH

/s/John T. Kirtley, III
John T. Kirtley, III
Texas Bar No. 11534050
2603 Oak Lawn Avenue, Suite 300
Dallas, Texas 75219-9109
jkirtley@lawyerworks.com
(Asst. molvera@lawyerworks.com)
(214) 521-4412
Fax (214) 526-6026
***Attorney-in charge for Plaintiffs***

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 12, 2021, a copy of the foregoing **NOTICE OF APPEAL** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system, including:

S. Jan Hueber
Hueber@litchfieldcavo.com
Mahan V. Wright
wrightM@litchfieldcavo.com
LITCHFIELD CAVO LLP
100 Throckmorton St., Ste. 500
Fort Worth, Texas 76102

.

                                                              /s/John T. Kirtley, III
                                                             John T. Kirtley, III